IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**FEDERAL TRADE COMMISSION**,
    Petitioner,

    v.

**ANIELLO INFANTE,**
    Respondent.

Misc. No.  4:17-mc-00008-CAB

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner the Federal Trade Commission hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Respondent.

    Respectfully submitted,

    DAVID C. SHONKA
    Acting General Counsel

    LESLIE RICE MELMAN
    Assistant General Counsel for Litigation

    */s/ Burke W. Kappler*
    BURKE W. KAPPLER
    Attorney

    FEDERAL TRADE COMMISSION
    600 Pennsylvania Ave., N.W.
    Washington, DC 20580
    Tel.: (202) 326-2043
    Fax: (202) 326-2477
    Email: bkappler@ftc.gov

Dated:  June 21, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2017, I served the foregoing Notice of Voluntary Dismissal upon John Juhasz, Esq., counsel for respondent Aniello Infante, by filing this Notice with the Court's CM/ECF.  I further certify that I provided Mr. Juhasz a copy of the Notice by e-mail to jbjuhasz@gmail.com.

          /s/ Burke W. Kappler
BURKE W. KAPPLER
Attorney

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Tel.: (202) 326-2043
Fax: (202) 326-2477
Email: bkappler@ftc.gov

Dated:  June 21, 2017